■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH R. WHITE, Appellant. (Appeal No. 2.) [786 NYS2d 772]— Appeal from a resentence of the Niagara County Court (Sara S. Sperrazza, J.), rendered January 23, 2003. Defendant was resentenced upon a judgment convicting him of attempted robbery in the second degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v White* (13 AD3d 1120 [2004]). Present—Green, J.P., Scudder, Gorski, Lawton and Hayes, JJ.